379 A.2d 307

**In re ADOPTION OF Chad Wesley MILLS.**

**Appeal of Stephen J. MILLS and Cynthia L. Mills, Petitioners.**

Supreme Court of Pennsylvania.

Argued Jan. 21, 1977.

Decided Oct. 28, 1977.

Lamb, Windle & McErlane, John H. Wollman, West Chester, for appellant.

Schroeder, Jenkins & Raymond, Richard L. Raymond, Media, for appellee, Joy Mills.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY and MANDERINO, JJ.

## ORDER OF COURT

PER CURIAM:

Decree affirmed. Each party to bear own costs.

JONES, former C. J., and NIX, J., did not participate in the consideration or decision of this case.